IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN V. MANGRUM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-5177

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed December 28, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Stephen V. Mangrum, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

WOLF, LEWIS, and KELSEY, JJ., CONCUR.